

4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: 949.752.2911
Fax: 949.752.0953
www.rjlaw.com

**Patricia J. Rynn**
pat@rjlaw.com
Direct Telephone No.: 949.430-3431

May 9, 2016

Hon. Joseph C. Spero
U.S. District Court, Northern District
450 Golden Gate Avenu
Courtroom G, 15th Floor
San Francisco, CA  94102

      Re:    *Sequoia Sales, Inc. v. Lim's Produce, Inc.; Marc Y. Lim*
             Case No. 3:16-cv-878 JCS
             **Case Management Conference Date:  May 13, 2016 – 2:00 p.m.**

Dear Judge Spero,

      Please consider this my request to appear telephonically at the May 13, 2016 Case Management Conference currently scheduled for 2:00 p.m.  I am counsel for Intervening-Plaintiffs', Chick's Produce, Inc. and Del-Fresh Produce, Inc. and I would like to appear telephonically in order to keep my clients' fees incurred as low as possible as we are located in Newport Beach.  I would also like to attend a funeral scheduled for 10:00 am on Friday morning, which will be impossible if I travel to San Francisco.  If granted, please use my office number (949) 752-2911 to connect me to the call.  Alternatively, I can contact chambers at the time of the hearing if that would be more convenient for you.

      Thank you in advance for your consideration.

Dated:  5/10/16

Yours very truly,

RYNN & JANOWSKY, LLP

PATRICIA J. RYNN

PJR:mca
/Request To Appear Telephonically

[GRANTED — Judge Joseph C. Spero, United States District Court, Northern District of California]