

**KROGH & DECKER, LLP**
ATTORNEYS AT LAW

From the desk of DEREK C. DECKER

**Via ECF Filing**

May 9, 2016

Hon. Joseph C. Spero
Magistrate Judge
US District Court
San Francisco Courthouse, Courtroom G
450 Golden Gate Ave. San Francisco, CA 94102

Re:    *Sequoia Sales, Inc. v. Lim's Produce, Inc., et al*
       *Case No.: 3:16-cv-878 JCS*

Dear Hon. Joseph C. Spero:

The purpose of this letter is to request telephonic appearance at the OSC/CMC scheduled in this matter on May 13, 2016 at 2:00 p.m. My direct land line telephone number is 916.732.3632. I will be available and on standby at the scheduled time for the court's call.

Sincerely,

DEREK C. DECKER

DCD:ls

cc: File

Dated: May 10, 2016



GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

office | 916.498.9000
fax | 916.498.9005
web | kroghdecker.com

555 Capitol Mall, Suite 750
Sacramento, CA 95814