# LEADER-PICONE & YOUNG, LLP

1970 BROADWAY, SUITE 1030
OAKLAND, CA 94612
T: 510-444-2404
F: 510-444-1291
KYoung@LPYlaw.com

MALCOLM LEADER-PICONE, ESQ.
KAIPO K.B. YOUNG, ESQ.

May 9, 2016

*Via ECF Filing*

Honorable Joseph C. Spero
Magistrate Judge
US District Court
San Francisco Courthouse, Courtroom G
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Sequoia Sales, Inc. v. Lim's Produce, Inc., et al.*
    *Case No. 3:16-cv-878 JCS*

Dear Hon. Joseph C. Spero:

The purpose of this letter is to request telephonic appearance at the hearing scheduled in this matter on May 13, 2016 at 2:00 p.m. My direct land line telephone number is 510-444-3021. I will be available on standby at the scheduled time court's call.

Thank you for your consideration and accommodation.

Very truly yours,

KAIPO K.B. YOUNG

Dated: 5/10/16

GRANTED
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KKBY/bn