

**KROGH & DECKER, LLP**
ATTORNEYS AT LAW

From the desk of DEREK C. DECKER

**Via ECF Filing**

May 27, 2016

Hon. Joseph C. Spero
Magistrate Judge
US District Court
San Francisco Courthouse, Courtroom G
450 Golden Gate Ave. San Francisco, CA 94102

Re:   *Sequoia Sales, Inc. v. Lim's Produce, Inc., et al*
      Case No.: 3:16-cv-878 JCS

Dear Hon. Joseph C. Spero:

The purpose of this letter is to request telephonic appearance at the Case Management Conference scheduled in this matter on ~~June 3~~ July 15, 2016 at 2:00 p.m. My direct land line telephone number is 916.732.3632. I will be available and on standby at the scheduled time for the court's call.

Sincerely,

DEREK C. DECKER

DCD:ls

cc: File

Dated: May 31, 2016



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

office | 916.498.9000
fax | 916.498.9005
web | kroghdecker.com

555 Capitol Mall, Suite 750
Sacramento, CA 95814