# LEADER-PICONE & YOUNG, LLP

MALCOLM LEADER-PICONE, ESQ.
KAIPO K.B. YOUNG, ESQ.

1970 BROADWAY, SUITE 1030
OAKLAND, CA  94612
T:  510-444-2404
F:  510-444-1291
KYoung@LPYlaw.com

May 27, 2016

*<u>Via ECF Filing</u>*

Honorable Joseph C. Spero
Magistrate Judge
US District Court
San Francisco Courthouse, Courtroom G
450 Golden Gate Avenue
San Francisco, CA  94102

   Re: <u>Sequoia Sales, Inc. v. Lim's Produce, Inc., et al.</u>
     <u>Case No. 3:16-cv-878 JCS</u>

Dear Hon. Joseph C. Spero:

  The purpose of this letter is to request telephonic appearance at the hearing scheduled in this matter on ~~June 3, 2016~~ at 2:00 p.m. My direct land line telephone number is 510-444-3021. I will be available on standby at the scheduled time court's call.  ^July 15, 2016

  Thank you for your consideration and accommodation.

Dated: May 31, 2016

Very truly yours,

/s/ Kaipo K.B. Young

KAIPO K.B. YOUNG

KKBY/bn



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero