

4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: 949.752.2911
Fax: 949.752.0953
www.rjlaw.com

**Patricia J. Rynn**
pat@rjlaw.com
Direct Telephone No.: 949.430-3431

May 31, 2016

Hon. Joseph C. Spero
U.S. District Court, Northern District
450 Golden Gate Avenu
Courtroom G, 15th Floor
San Francisco, CA  94102

      Re:    *Sequoia Sales, Inc. v. Lim's Produce, Inc.; Marc Y. Lim*
             Case No. 3:16-cv-878 JCS
             **Case Management Conference Date:  June 3, 2016 – 2:00 p.m.**

Dear Judge Spero,

      Please consider this my request to appear telephonically at the ~~June 3~~ July 15, 2016, Case Management Conference currently scheduled for 2:00 p.m.   If granted, please use my office number (949) 752-2911 to connect me to the call.

      Thank you for your consideration.

Yours very truly,

RYNN & JANOWSKY, LLP

*[signature]*

PATRICIA J. RYNN

PJR:mca
/Request To Appear Telephonically 5-31-16

Dated: May 31, 2016

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*