PATRICIA J. RYNN, State Bar No. 092048
JING TONG, State Bar No. 285061
RYNN & JANOWSKY, LLP
4100 Newport Pl. Dr., Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

Attorneys for Intervening-Plaintiffs
CHICK'S PRODUCE, INC.; DEL-FRESH PRODUCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA SALES, INC.,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>LIM'S PRODUCE, INC.; MARC LIM,<br><br>　　　　　Defendants. | Case No.: 3:16-cv-878 JCS<br><br>**[PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE** |
| CHICK'S PRODUCE, INC., a corporation; and<br>DEL-FRESH PRODUCE, INC., a corporation,<br><br>　　　　　Intervening-Plaintiffs,<br>　　vs.<br><br>LIM'S PRODUCE, INC., a corporation; MARC Y. LIM, an individual,<br><br>　　　　　Defendants. | |

///
///
///
///

1

Having read and considered the Joint Status Report filed by Plaintiff Sequoia Sales Inc., ("Plaintiff"), Intervening-Plaintiffs Chick's Produce, Inc. and Del-Fresh Produce Inc. (collectively, "Intervening Plaintiffs") and Defendant Lim's Produce Inc. ("Defendant") and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 15, 2016 at 2:00 p.m. shall be continued to August 19, 2016, at 2:00 p.m. in courtroom G of the above-captioned court.

IT IS FURTHER ORDERED that in the event the Eastern District Bankruptcy Court issues a protective order addressing preservation of the Lim's Produce corporate books and records, the parties shall promptly file with this court a joint request for closing without prejudice of this case.

IT IS FURTHER ORDERED that in the event the above-referenced joint request for closing has not previously been filed with this court, the parties shall file not less than seven calendar days before the continued conference date a Joint Status Report addressing 1) the status of the bankruptcy proceedings and discovery; and, 2) the effect of the corporate defendant's purported removal of all claims in this action to the bankruptcy court.

SO ORDERED.

DATED: July 12, 2016

_____
HON. JOSEPH C. SPERO
MAGISTRATE JUDGE
U.S. DISTRICT COURT